UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
TRUSTEES OF THE NEW YORK HOTEL
TRADES COUNCIL AND HOTEL
ASSOCIATION OF NEW YORK CITY, INC.   :   Case No. 24-cv-5588 (JSR)
HEALTH BENEFITS FUND, PENSION FUND,
LEGAL FUND, SCHOLARSHIP FUND,
INDUSTRY TRAINING FUND, and 401(K)   :   [PROPOSED] AMENDED
SAVINGS PLAN,                            JUDGMENT

      Petitioners,

 -against-

LUXURBAN HOTELS INC., f/k/a
CORPHOUSING GROUP INC. and
CORPHOUSING LLC, d/b/a Tuscany by LuxUrban,

      Respondent.
----------------------------------------x

 An Order of Honorable Jed S. Rakoff, United States District Judge, having been entered on November 4, 2024 granting Petitioners' motion for summary judgment confirming the arbitration awards against respondent LuxUrban Hotels Inc.; and directing the Clerk to enter judgment and the Clerk having entered judgment on November 4, 2024; and petitioners having moved to correct the judgment pursuant to Fed. R. Civ. P. Rule 60(a); it is

 ORDERED and ADJUDGED that petitioners' motion is hereby granted and an amended judgment is hereby entered in favor of petitioners Trustees of the New York Hotel Trades Council and Hotel Association of New York City, Inc. Health Benefits Fund, Pension Fund, Legal Fund, Scholarship Fund and Industry Training Fund awarding damages in the amount of $1,105,753.28, plus pre-judgment interest from March 8, 2024 (date of award #2024-04F) in the amount of $76,342.40, for a total of $1,182,095.68 and in favor of petitioner Trustees of the New York Hotel Trades Council and Hotel Association of New York City, Inc. 401(k) Savings Plan awarding

4864-0370-6878, v. 2

damages in the amount of $9,022.87, plus pre-judgment interest from July 8, 2024 (date of award #2024-14F) in the amount of $351.52, for a total of $9,374.39; and that petitioners shall have execution therefor.

DATED: 12/18/24

_____
U.S.D.J.